**Abatement Order filed May 10, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

**NO. 14-12-00331-CV**

———————

**JANIE MILLS, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1006381**

---

## A B A T E M E N T    O R D E R

This court has been notified that appellant, Janie Mills, has petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 12-33010. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, we have stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

For administrative purposes only, and without surrendering jurisdiction, this court orders the cause abated and treated as a closed case. It may be reinstated on motion of any

party, showing the stay has been lifted and specifying what further action, if any, is required from this court, or the court may reinstate the appeal on its own motion. *See* Tex. R. App. P. 8.3.


PER CURIAM